AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

DEC 23 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Juan Estrada-Chable

IAE    YOB: 1995
Mexico
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19-3134-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 21, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Juan Estrada-Chable was encountered by Border Patrol Agents near Penitas, Texas on December 21, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 21, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 27, 2017 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 13, 2016 the defendant was convicted of Evading Arrest Detention With Vehicle and sentenced to three (3) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Kristina Pemicula on 12/23/19

Sworn to before me and subscribed in my presence, 8:39 a.m.

December 23, 2019
Date

Peter E Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

Mickel Gonzalez
Printed Name of Complainant

Signature of Judicial Officer